# EXHIBIT A

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss. A TRUE AND ATTESTED COPY DEPUTY SHERIFF 8-22-19 9:05

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 18-588

SHANARD GREEN, PLAINTIFF(S)

V.

SUMMONS

COCA-COLA REFRESHMENTS, DEFENDANT(S)
45 INDUSTRIAL DR
NORTHAMPTON, MA ~~01106~~ 01061-0684

To the above named defendant:

You are hereby summoned and required to serve upon SHANARD GREEN, plaintiff's attorney, whose address is 23 LEETE ST, SPFLD, MA 01108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esq., at Springfield the 8 day of 1/7/2018 in the year of our Lord two thousand

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

PLAINTIFF(S): SHAWARD L. GREEN SR.

ADDRESS: 23 LEETE ST. 3RD FLR SPFLD, MA 01108

COUNTY: HAMPDEN

DEFENDANT(S): COCA-COLA REFRESHMENTS

ATTORNEY:

ADDRESS:

ADDRESS:

BBO:

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B22 | EMPLOYMENT DISCRIMINATION | F | ☐ YES ☒ NO |

*If "Other" please describe:

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

| | |
|---|---|
| A. Documented medical expenses to date: | $ Ø |
| 1. Total hospital expenses | $ Ø |
| 2. Total doctor expenses | $ Ø |
| 3. Total chiropractic expenses | $ Ø |
| 4. Total physical therapy expenses | $ Ø |
| 5. Total other expenses (describe below) | $ Ø |
| Subtotal (A): | $ |
| B. Documented lost wages and compensation to date | $ 11,000 |
| C. Documented property damages to dated | $ |
| D. Reasonably anticipated future medical and hospital expenses | $ |
| E. Reasonably anticipated lost wages | $ 20,000 |
| F. Other documented items of damages (describe below) | $ |

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$ $31,000

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X Shanard L. Green Sr. Date: 8-6-18

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X Date:

# CIVIL ACTION COVER SHEET INSTRUCTIONS
# SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

**AC Actions Involving the State/Municipality ***

AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. (A)

**CN Contract/Business Cases**

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal Affairs of Entities (A)
BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

**ER Equitable Remedies**

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c.231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

**PA Civil Actions Involving Incarcerated Party †**

PA1 Contract Action involving an Incarcerated Party (A)
PB1 Tortious Action involving an Incarcerated Party (A)
PC1 Real Property Action involving an Incarcerated Party (F)
PD1 Equity Action involving an Incarcerated Party (F)
PE1 Administrative Action involving an Incarcerated Party (F)

**TR Torts**

B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
B04 Other Negligence - Personal Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical / Wrongful Death (A)
B07 Malpractice - Other (A)
B08 Wrongful Death, G.L. c.229 §2A (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

**RP Real Property**

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c. 40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

**MC Miscellaneous Civil Actions**

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10 §28 (X)

**AB Abuse/Harassment Prevention**

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E(X)

**AA Administrative Civil Actions**

E02 Appeal from Administrative Agency, G.L. c. 30A (X)
E03 Certiorari Action, G.L. c.249 §4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G. L. c. 93 §9 (A)
E07 Mass Antitrust Act, G. L. c. 93 §8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149 §§29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12 §11H (A)
E24 Appeal from District Court Commitment, G.L. c.123 §9(b) (X)
E25 Pleural Registry (Asbestos cases)
E95 Forfeiture, G.L. c.94C §47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B (F)
Z02 Appeal Bond Denial (X)

**SO Sex Offender Review**

E12 SDP Commitment, G.L. c. 123A §12 (X)
E14 SDP Petition, G.L. c. 123A §9(b) (X)

**RC Restricted Civil Actions**

E19 Sex Offender Registry, G.L. c.6 §178M (X)
E27 Minor Seeking Consent, G.L. c.112 §12S (X)
E94 Forfeiture, G.L. c265 §56 (X)

TRANSFER YOUR SELECTION TO THE FACE SHEET

EXAMPLE:

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

DUTY OF THE PLAINTIFF - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.

DUTY OF THE DEFENDANT - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

SUPERIOR COURT
CIVIL ACTION NO.

SHANARD L. GREEN SR.
Plaintiff

vs.

COCA-COLA REFRESHMENTS
Defendant

**COMPLAINT**

I am filing this complaint because I feel I was miss treated and retaliated against because it all started with my lead at the time Ryan B when I asked for help to cover my break and he comes to my area and begins yelling in my face saying "what the fuck you cant do your job!!" first your on a crown lift then your on another lift and you cant do your fuckin job get the fuck out of here Im done with you! So as I reported this I feel the company rewarded him by putting him on first shift and also Michelle C is a friend of his and retaliated against ~~by~~ me by accusing me of sexual harrasment 3 yrs. prior and proceeded to walk around the plant and tried to get Tina Bailey to write a false statement saying I also harrassed her also and she wrote a statement stating that this wasn't true and she feels Michelle was retaliating against me and I turned her statement in and nothing was done. I always was sitting on my forklift when Michelle came behind me and pushed my forklift with her forklift and I feel that was an assualt and I reported it again and once again nothing happened. Do to all of this reporting to management I was threaten about my job by Bob Moteka telling me if I cant operate a hi-lo to its full capacity that he will write me up for not being able to perform my job duties and I took that as a threat. I also had to endure being called the trash man by co workers because my [illegible] was talking to 4 other employees when →

me made [illegible] when the other white employees wasn't doing anything at all and was available to do the job.

I've been being mistreated and teased for many years without management not taking any action.

I feel they were protecting Ryan + Michelle because they never took action and gave both of them positions on first shift that was a reward not a punishment. I also was told over the radio by Michelle to stop being an ass and nothing happened to her at that time either.

I strongly believe my character was assassinated and the company did nothing to correct the issue I also had to have therapy in which I was put on Zoloft because I was depressed and was feeling attacked and not seen as an equal to the other employees.

And for these reasons I feel I should be compensated for all these actions and ~~[illegible]~~ torture for years and my whole life has been changed because I gave Coca-Cola my life in which I worked no less than 60 hrs - 72 hours a week.

Howard L. Green Sr.

23 LEETE ST.
SPFLD, MA 01108
413-301-6248

November 3, 2017

Attn: Patti Woods
Via Facsimile (413) 784-1056

My name is Shanard Green, I been an employee of Coca-Cola for approximately 4 years with this company. I am appealing the decision of termination. I feel that I have been discriminated falsely terminated. I have submitted all my proof along with this appeal. I would like a fair hearing. (See attached) email I sent to Lcorralessolis@cola-cola. I also enclose a statement from Tina Daily were she was approached by Ms. Michelle Chiodo to try to set up for sexual harassment, which are false accusations. Should you have any questions please do not hesitate to contact me (413) ~~388-4413~~. 801-6248

Sincerely,

Shanard Green

# Scan Log

## E-mail Sent

Date:   Saturday, 2016-05-07   22:57

To:     Lcorralessolis@coca-cola.com

From:

Subject:

Message

Attachments:   image2016-05-07-225530.pdf

On 10-2-16 I was approached by Michelle Chiodo asking Me if i had Any issues With Sherard there. I told her "no" And asked Why. She Stated She heard that i had issues With him harassing me Sexually And i told her "no never." It seemed like She Was hoping i would Say yes And seemed like She Was trying to recruit me in a way. I Used to ride in With Sherard years ago + he never in any Way Was inappropriate With me. On the other hand I have heard Some pretty nasty things Come Out of Michelles mouth to the point i would Walk away. She told me She filed a Complaint against him + proceeded to tell me that he filed a Complaint on her for fooling around (Horseplay) on the forklift. And seemed to me that was her way of getting him back. Just thought Someone Should know because Retaliation was against Company

On 9-26-16 I was on depal 1+2 when it was time for my pass off and at the time I was made to believe that the lead Mike G was taking over for me in which that wasn't the case and he went as far as for me to tell him what was going on with the line.

Well I noticed that Ryan B was coming to relieve me but once he seen it was me he turned around and went into the leads office and got Mike G when he should of been able to have a work related conversation with me.

And now to really insult me by doing that when it seems that Ryan B is alway protected in this company because Mike G as a lead should of told him to go handle the pass off himself instead of covering and protecting him.

next example

JOE. B. II IN WHICH HE TOLD
HIM
WORKING WITH TO COME SEE HIM
BECAUSE HE HAS SOMETHING FOR
HIM IN WHICH THAT WOULD LEAVE
ME TO DO ALL THE MIXED PALLETS
IN WHICH THIS USUALLY NEVER
HAPPENS. AS THE NIGHT WENT ON
OR SHOULD I SAY AN HOUR INTO
THE SHIFT RYAN BRAZEAU TOOK
JOE B. OUT OF THE COOLER TO
BIN TO BIN ON THE DRY DOCK WHEN
THERE WAS SOMEONE ON THE DOCK
TO DO THAT.
SO I ENDED UP STAYING
IN THE COOLER ALONE WHEN THATS
A SAFETY ISSUE ESPECIALLY WHEN YOU
ALREADY HAD SOMEONE FOUND ON THE
DOCK UNALERT AND HAD TO HAVE MEDICS
COME GET HIM AND I FEEL RYAN DID
NOT TAKE INTO MIND MY SAFETY AND
THE SAFETY OF THE FACILITY IN
WHICH WE HAVE ALWAYS BEEN TOLD NEVER
TO LEAVE ANYONE ALONE IN THE CHILL
ALSO BEING THE ONLY ONE
IN THERE I HAD TO PICK 1320 CS.

DIDNT CHECK ON ME ON

Shanal G.

ON MAY 12 MICHEAL CROWELL WAS ON LINE 6 AND LINE 5 NEEDED COVERAGE AND HE REFUSED TO COVER LINE 5 BECAUSE HE DIDN'T WANT TO USE THE HI-LO AND WHEN I DIDN'T USE THE HI-LO I WAS TOLD THAT IF I COULDN'T USE IT WITHIN 30 DAYS THAT I WOULD GET WRITTEN UP FOR NOT BEING ABLE TO PERFORM MY JOB AND I DON'T BELIEVE THAT'S FAIR BECAUSE IF I COULD GET A WRITE UP SO SHOULD HE.

ON APRIL 5, 2016 I WAS
BY RYAN BRAZEAU AND WAS
I CANT DO MY JOB AND WH
FUCK AM I ASKING FOR A B
AT 5AM AND I TOLD HIM B
NOBODY WAS IN HERE TO R
ME AND HE PROCEEDED TO S
AND DISRESPECT ME.

ON APRIL 8, 2016 I RETURN
WORK TO FACE THE SAME AT
FROM RYAN BRAZEAU WHICH
INCLUDED HIM AND JARRO
WATCHING ME AND EVEN WE
THE POINT OF CALLING JERR
TO COME AND TALK TO ME A
WHEN I WAS ON MY LINE DOI

ON APRIL 9, 2016 RYAN BRAZEAU
SHIPPING CORD. AND TOLD HER TO
MIXED PALLETS FOR THE CHILL B

WORKING WITH JOE B IN WHICH RYAN TO HIM TO COME SEE HIM WHEN WE ARE ALL SET IN THE CHILL AND CALLED HIM OUT OF THE CHILL AN HOUR LATER BECAUSE HE HAS SOMETHING FOR HIM IN WHICH THAT WOULD LEAVE ME TO DO ALL THE MIXED PALLETS IN WHICH THAT USUALLY NEVER HAPPENS.

AS THE NIGHT WENT ON OR SHOULD I SAY AN HOUR INTO THE SHIFT RYAN B TOLD JOE B. TO DO BIN to BIN'S ON THE DRY DOCK WHEN THERE WAS SOMEONE ON THE DOCK THAT COULD DO THAT.

SO I ENDED UP STAYING IN THE COOLER ALONE WHEN THAT'S A SAFETY ISSUE ESPECIALLY WHEN YOU ALREADY HAD SOMEONE FOUND ON THE DOCK UNALERT AND HAD TO HAVE MEDIC'S COME GET HIM AND I FEEL RYAN DIDN'T TAKE INTO MIND MY SAFETY AND THE SAFETY OF THE WAREHOUSE IN WHICH WE HAVE ALWAYS BEEN TOLD NEVER TO LEAVE ANYONE ALONE IN THE CHILL. ALSO BEING THE ONLY ONE THERE I HAD TO PICK 132 ALONE IN WHICH HE'S TH[illegible] AND HE KNOWS THE WORK[illegible] DAY SO I FEEL HE WAS AGAINST ME BY DOING TH[illegible] NOT ONCE DID HE COME AN[illegible] ON ME OR SEE IF I NEE[illegible] HELP.

[signature]