# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANARD GREEN,<br>      Plaintiff,<br><br>v.<br><br>COCA-COLA REFRESHMENTS USA, INC.,<br>      Defendant. | CIVIL ACTION<br>NO. 3:19-cv-30086-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Coca-Cola Refreshments USA, Inc., against the plaintiff Shanard Green, pursuant to the court's electronic order entered this date, granting defendant's motion for summary judgment.

                                                  **ROBERT M. FARRELL**,
                                                  CLERK OF COURT

Dated: March 24, 2021                   By  /s/ *Maurice G. Lindsay*
                                                          Maurice G. Lindsay
                                                           Deputy Clerk

(Civil Judgment (Routine) 8 MGM.wpd - 11/98)
       [jgm.]